# Order

**Lansing, Michigan**

September 14, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

158060(46)

TRACY C. BRICKEY and BRANDY
BRICKEY,
       Plaintiffs-Appellees,

v

VINCENT LAVON McCARVER and
CR MOTORS OF ADRIAN, INC.,
       Defendants-Appellants.
_____/

SC: 158060
COA: 337448
Lenawee CC: 16-005615-NI

      On order of the Chief Justice, the motion of defendants-appellants to extend the time for filing their reply is GRANTED. The reply submitted on September 10, 2018, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

September 14, 2018



Clerk